IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 06-60 |
| | ) |
| BRIAN TRAY | ) |

**ORDER OF COURT**

AND NOW, to-wit this 16th day of Dec, 2006, upon consideration of the within Motion, the prayer for relief is GRANTED and it is ORDERED that the defendant's conditions of pretrial release are modified as follows:

1. The defendant is permitted to travel outside the Western District of Pennsylvania directly to the home of Hal and Sue Tray at Skipper Row, Gibson Island, Maryland, leaving the Western District of Pennsylvania on December 22, 2006 at noon and returning on December 24, 2006 at 9:00 p.m.;

2. All other conditions of the defendant's Order of Pretrial Release remain in effect.

BY THE COURT:

_____ J.

cc: All Counsel
US Marshal
US Pretrial Services