IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 06-60 |
| | ) |
| BRIAN TRAY | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 6th day of ~~May~~ June, 2007, upon consideration of the within Motion, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Defendant's document filed in the above-captioned case, Motion for Appointment of Expert Witness, is hereby sealed until further order of court.

BY THE COURT:

_____ J.