IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-60 |
| | ) |
| BRIAN TRAY, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 31st day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 7, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, August 6, 2008 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Brendan Conway,
Assistant United States Attorney

John Knorr, Esq.
1204 Frick Building
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation